Stan Mitchell
450 E. Davie St. #210
Raleigh NC 27601

Milwaukee P&DC 532
SAT 09 FEB 2013

Clerk, US District Court
Western District of Wisconsin
120 N. Henry St. Room 320
Madison, WI 53703