## United States District Court

for the

Western District of Wisconsin

| | |
|---|---|
| STAN R. MITCHELL | ) |
| *plaintiff* | ) |
| -v- | )   CASE NO.: 13-CV-97 |
| SANTANDER CONSUMER USA & CEDRIC GAUSE | ) |
| *defendants* | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

I, Richard Mitchell, attorney for Plaintiff, Stan R. Mitchell, in the above-captioned case, request that the action be voluntarily dismissed under Rule 41.

I affirm that I have or will serve this day notice of this *Notice of Voluntary Dismissal with Prejudice* to all parties of record via ECF filing, or other means acceptable to this Court.

DATE: 5/24/2013

*/s/ Richard Mitchell*

*Attorney's Signature*

Richard C. Mitchell, 30772-45 (IN)

1342 W. Emerald Avenue, Unit 321

Mesa, AZ 85202

rmit403@gmail.com

602-688-3171

1